IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ESTATE
OF STEPHANIE ANDERSON, deceased,

        Plaintiff,

vs.                                                                                                            No. CIV 12-0605 JB/GBW

DENNY'S MANAGEMENT INC.,
BARRERAS ENTERPRISES, INC.,
FRANK H. BARRERAS, JUNE R. BARRERAS,
JUDITH A. BARRERAS,
JOSE HUMBERTO MELGAR-CABRERA,
MARVIN ANTONIO AGUILAR-LOPEZ,
and PABLO DE LEON ORITZ,

        Defendants,

and

DENNY'S MANAGEMENT INC.,

        Cross Claimant,

vs.

FRANK H. BARRERAS, JUDITH A.
BARRERAS, JUNE R. BARRERAS,
and BARRERAS ENTERPRISES, INC.

        Cross Defendants.

## ORDER

       **THIS MATTER** comes before the Court on the Motion for Summary Judgment of Denny's, Inc., filed October 26, 2012 (Doc. 40). The Court held a hearing on February 8, 2013. The Court will grant the motion in part and deny it in part.

       **IT IS ORDERED** that the Motion for Summary Judgment of Denny's, Inc., filed

October 26, 2012 (Doc. 40), is granted in part and denied in part.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Shannon Robinson
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Scott P. Hatcher
Hatcher & Tebo, P.A.
Santa Fe, New Mexico

    *Attorney for the Defendant and Cross Claimant Denny's Management Inc.*

Paul Maestas
Maestas & Suggett, P.C.
Albuquerque, New Mexico

    *Attorney for the Defendants and Cross Defendants Barreras Enterprises, Inc.,*
       *Frank H. Barreras, June R. Barreras, and Judith A. Barreras*

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.